IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

MARIA AUSTIN,

    Plaintiff,

v.                                    CIVIL ACTION NO. 3:04CV56
                                          (BROADWATER)

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated May 31, 2005. The petitioner did not file objections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby ORDERED adopted.

The Court, therefore, ORDERS that this action be DISMISSED based on the reasons set forth in the Magistrate Judge's Report and Recommendation, and STRICKEN from the active docket of this Court.

It is so ORDERED.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

DATED this **21ST** day of November 2005.

W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE